# EXHIBIT A



**CORPORATION SERVICE COMPANY**

Aaron's, Inc.
MAR 23 2016
Legal Department

# Notice of Service of Process

null / ALL
Transmittal Number: 14944426
Date Processed: 03/23/2016

| | |
|---|---|
| Primary Contact: | Tawan Newton<br>Aaron's, Inc.<br>309 E. Paces Ferry Road, NE<br>Attn: Legal Department<br>Atlanta, GA 30305-2377 |
| Copy of transmittal only provided to: | Ted Scartz<br>Kimberly Bryant |
| Entity: | Aaron's, Inc.<br>Entity ID Number 2728732 |
| Entity Served: | Aaron's, Inc. |
| Title of Action: | Alanna Albright vs. Aaron's, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Labor / Employment |
| Court/Agency: | Kings County Supreme Court, New York |
| Case/Reference No: | 503178/2016 |
| Jurisdiction Served: | New York |
| Date Served on CSC: | 03/22/2016 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | NY Department of State on 03/16/2016 |
| How Served: | Certified Mail |
| Sender Information: | Louis Ginsberg<br>516-625-0105 X 18 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

State of New York - Department of State
Division of Corporations

Party Served:
AARON'S, INC.

Plaintiff/Petitioner:
ALBRIGHT, ALANNA

C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 03/16/2016 pursuant to SECTION 306 OF THE BUSINESS CORPORATION LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

Very truly yours,
Division of Corporations